UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| | | |
|---|---|---|
| BENJANITA FISHER<br>*Plaintiff* | §<br>§<br>§ | |
| V. | §<br>§ | C.A. NO. _____ |
| UNITED STATES OF AMERICA<br>*Defendant* | §<br>§<br>§<br>§ | |

**PLAINTIFF'S ORIGINAL COMPLAINT FOR DAMAGES
UNDER THE FEDERAL TORT CLAIMS ACT**

Benjanita Fisher, Plaintiff, by and through her attorneys, now come before this Court and complain of the United Stte Postal service and United States of America as follows:

**I. JURISDICTION, VENUE, AND CONDITIONS PRECEDENT**

1. Plaintiff is a resident of Houston, Harris County, TX.

2. Defendant United States of America may be served with process pursuant to Rule of Federal Procedure 4(i)(1)(A) by sending the summons and complaint by email to USATXS.CivilNotice@usdoj.gov and by certified mail to the civil-process clerk to the United States Attorney for the Southern District of Texas, Civil Process Clerk, Office of the United States Attorney for the Southern District of Texas, 1000 Louisiana, Suite 2300, Houston, Texas 77002. Pursuant to Rule 4(i)(1)(B), a copy of the summons and complaint will be sent by certified mail to the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001.

3. The claims herein are brought against the United States pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, et seq.) and 28 U.S.C. §§1346(b)(1), for money damages as compensation for loss of property and personal injuries that were caused by the negligent and wrongful acts and omissions of employees of the United States Postal Service and United States of America while

acting within the scope of their offices and employment, under circumstances where the United States, if a private person, would be liable to the Plaintiffs in accordance with the laws of the State of Texas.

4. Venue is proper in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred in the Southern District of Texas, Houston Division.

5. Plaintiff has fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act.

6. This suit has been timely filed, in that Plaintiff timely served notice of her claims on the United States Postal Service on December 11, 2020, and this claim is filed within six months of their denial.

## II. FACTS

7. On or about September 26, 2019, Plaintiff was driving her motor vehicle east on the 8500 block of Cowart Street in Houston, Texas. Marquis Buchanan, a driver for the United States Postal Service was traveling south on the 1400 block of Gellhorn and failed to yield the right of way at the stop sign, causing a collision with Plaintiff's vehicle and causing Plaintiff to suffer serious physical injuries and sustain damages to her vehicle.

## III. PLAINTIFF'S CLAIMS AGAINST DEFENDANT

8. Plaintiff incorporates by reference herein all allegations set forth above.

9. Marquis Buchanan, as a driver on a Texas roadway, had certain duties to Plaintiff.

10. Marquis Buchanan breached those duties to Plaintiff as follows:

    a. Failing to keep a proper lookout;
    b. Failing to apply the brakes in a timely manner to avoid the collision in question;
    c. Failing to maintain a safe following distance;
    d. Failing to drive at a safe speed under the circumstances;
    e. Failing to obey our State's traffic regulations;

    f.     Failing to pay attention when operating a motor vehicle on our State's public highways;

    g.    Failing to control speed; and

    h.    Failing to otherwise act as a person of ordinary prudence would have acted in the same or similar circumstances.

11. These acts proximately caused the motor vehicle collision and the injuries of Plaintiff.

12. These acts constitute negligence under the laws of the State of Texas.

13. Because Marquis Buchanan's negligent acts committed while in the course and scope of his employment with Defendant. Defendant is liable to Plaintiff for her personal injuries pursuant to the Federal Tort Claims Act.

## IV.  DAMAGES

14. As a result of the negligent conduct of Defendants, Plaintiff suffered and continues to suffer severe bodily injuries. Plaintiff suffered and/or will suffer past and future medical expenses, past and future pain and suffering, past and future mental anguish, past and future physical impairment, and past and future lost wages and earning capacity.

## PRAYER

WHEREFORE, Plaintiff is entitled to damages from Defendants, and prays that judgment be entered in her favor and against Defendants in the amount of $169,602.45. Plaintiff further is entitled and does hereby seek recovery of all costs incurred by the Plaintiff in this civil action pursuant to 28 U.S.C. 1920 and Federal Rule of Procedure 54(d), together with for such further and additional relief at law or in equity that this Court may deem appropriate or proper.

                                              Respectfully Submitted,

                                              **THE DUNK LAW FIRM, PLLC**

                                              Bianca Habib
                                              Federal ID No.: 3059132
                                              State Bar No.: 24099835

717 Franklin St.
Houston, Texas 77002
(713)-223-1435 // (713)-223-1438 (fax)
bhabib@dunklawyers.com